

# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Nov 3, 2022 3:42PM

DJC INDUSTRIES LLC
286 UPPER POWDERLY ST
CARBONDALE, PA 18407

Rcpt. No: 333101761                        Trans. Date: Nov 3, 2022 3:42PM                        Cashier ID: #EP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DPAM322CV001753<br>DPAM322CV001753<br>**FBO**: DAVID J CATANZARO | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #585 | 11/3/2022 | $402.00 |

|  |  |
|---|---|
| Total Due: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.