THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br>286 Upper Powderly Street<br>Carbondale, Pennsylvania 18407<br><br>        Plaintiff,<br><br>  VS.<br><br>4IMPRINT, INC.,<br>4 All PROMOS, LLC,<br>NATIONAL PEN COMPANY,<br>ANYPROMO, INC.,<br>EVERYTHING BRANDED USA, INC.,<br>BEL USA, LLC,<br>QUALITY LOGO PRODUCTS, INC.,<br>BRILLIANT PROMOTIONS, INC.,<br>ORDER SWAG,<br>DHGATE,<br>PROFESSIONAL MARKETING SERVICES INC.,<br>BEST LITTLE PROMOHOUSE IN TEXAS, LLC.,<br>GARRETT SPECIALTIES,<br>CENTURY 2001 PROMOTIONAL PRODUCTS,<br>GIMMEES.COM,<br>PINNACLE PROMOTIONS,<br>PROMOS 911, INC.,<br>EMPIRE PROMOTIONAL PRODUCTS,<br>COLLEGIATE CONCEPTS, INC.<br>and DOES 1 THROUGH 50<br><br>        Defendants. | Case No. 3:22-cv-1753<br><br><br>JUDGE MALACHY E MANNION<br><br><br>JURY TRIAL DEMANDED<br><br><br>FILED<br>SCRANTON<br><br>NOV 23 2022<br><br>PER _____<br>DEPUTY CLERK |

**<u>MOTION FOR LEAVE OF COURT</u>**

Plaintiff asks this Honorable Court to allow him Leave of Court, to file a Second Amended Complaint in the above-captioned action to remove current Defendant DHGate and to include current Defendents Prime Line, Specworks, Inc., Premium Industries, Inc., Deluxe.com, My Promotional Pens, Executive Advertising and Designwear Premier Promotions. Plaintiff has not completed service on any of the Defendants and no Defendants have entered a appearance in the above-captioned action. Plaintiff further asks this Honorable Court to enter the attached Second Amended Complaint along with its attachments.

Respectfully Submitted,

*/s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *Pro Se*
286 Upper Powderly Street
Carbondale, PA  18407
Phone: 570-936-9262
Email: davidjosephus@aol.com

**IT IS SO ORDERED:**

_____
HON. MALACHY E. MANNION
United States District Court Judge