THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br>286 Upper Powderly Street<br>Carbondale, Pennsylvania 18407<br><br>　　　　Plaintiff,<br><br>　　VS.<br><br>4IMPRINT, INC.,<br>4 All PROMOS, LLC,<br>NATIONAL PEN COMPANY,<br>ANYPROMO, INC.,<br>EVERYTHING BRANDED USA, INC.,<br>BEL USA, LLC,<br>QUALITY LOGO PRODUCTS, INC.,<br>BRILLIANT PROMOTIONS, INC.,<br>ORDER SWAG,<br>DHGATE,<br>PROFESSIONAL MARKETING SERVICES INC.,<br>BEST LITTLE PROMOHOUSE IN TEXAS, LLC.,<br>GARRETT SPECIALTIES,<br>CENTURY 2001 PROMOTIONAL PRODUCTS,<br>GIMMEES.COM,<br>PINNACLE PROMOTIONS,<br>PROMOS 911, INC.,<br>EMPIRE PROMOTIONAL PRODUCTS,<br>COLLEGIATE CONCEPTS, INC.<br>and DOES 1 THROUGH 50<br><br>　　　　Defendants. | Case No. 3:22-cv-1753<br><br><br>JUDGE MALACHY E MANNION<br><br><br>JURY TRIAL DEMANDED<br><br><br>FILED<br>SCRANTON<br>DEC 1 4 2022<br>PER _____<br>DEPUTY CLERK |

## MOTION OF DISMISSAL WITH PREJUDICE

Plaintiff David J. Catanzaro hereby dismisses its complaint with prejudice, pursuant to Rule 41(a) of the rules of Civil Procedure, Defendants not having answered or otherwise appeared.

Respectfully submitted,

s/ David J. Catanzaro
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 282-4889
E-mail: davidjosephus@aol.com
